607

479 A.2d 1143

Commonwealth v. Garrett, Appellant.

Submitted June 8, 1984. Michael F. Giampietro, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before TAMILIA, JOHNSON and HESTER, JJ.

Judgment affirmed.

479 A.2d 1143

Commonwealth v. Gore, Appellant.

Submitted November 18, 1983. Vincent M. Lorusso, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Counsel is directed to file within thirty days either a petition for discontinuance or an amended petition to withdraw as counsel, showing that all requirements of *Commonwealth v. McClendon*, 495 Pa. 467, 434 A.2d 1185 (1981), have been fulfilled. Jurisdiction retained.